Weinstein, Pinson & Riley, P.S.
2001 Western Ave. #400
Seattle, WA 98121
Telephone: 877-332-3543

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In re:

Darris Johnson

        Debtor.

SSN # XXX-XX-6728

Chapter 13
CASE NO. 14-16118

NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM #21

TO: Attorney for the Debtor: Thomas G Stahulak
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Cerastes, LLC, for account # **XXXXX1998**, in the amount of $148.64 docketed by the court on **August 5, 2014**, claim number 21.

2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:   November 14, 2014

Weinstein, Pinson & Riley, P.S.

/s/ Grant Laughlin
Grant Laughlin, Legal Production Supervisor
Weinstein, Pinson & Riley, P.S.
2001 Western Ave. #400
Seattle, WA 98121
Telephone: 877-332-3543
Representing:   Cerastes, LLC